GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant U.S. Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff



☒ FILED    ☐ LODGED

**Jan 19 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-00086-01-PHX-SMB |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) |
| Craig Steven Rowe, | (Material False Statement in Connection with the Acquisition of a Firearm) |
| Defendant. | |

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES:**

On or about March 9, 2021, in the District of Arizona, Defendant CRAIG STEVEN ROWE knowingly made a false statement and representation in connection with the acquisition of a firearm to Shooter's World of Peoria, which was intended and likely to deceive Shooter's World of Peoria as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that Defendant CRAIG STEVEN ROWE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else, in violation of Title 18, United States Code, Sections

- 10 -

922(a)(6) and 924(a)(2).

Dated this ___4th___ day of __January_____, 20_23___.

GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney

- 11 -